# UNITED STATES BANKRUPTCY COURT

Western District of Washington

Case No.: 18−10441−TWD
Chapter: 7
Judge: Timothy W. Dore

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas Raoul Williamson<br>aka Thomas Williamson DC, aka Tom Williamson, aka T Raoul Williamson, dba Williamson Home Improvement Services, fdba Williamson Chiropractic, fdba Georgetown Chiropractic, fdba Williamson Chiropractic PS, fdba One Purpose Chiropractic PLLC<br>6506 38th Avenue SW<br>Seattle, WA 98126 | Judith Aya Williamson<br>aka Judy Williamson, aka J Aya Williamson<br>6506 38th Avenue SW<br>Seattle, WA 98126 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−7903                                                      xxx−xx−9556

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The United States Trustee has reviewed the materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under section 707(b). Filed by Hilary Bramwell Mohr on behalf of United States Trustee. (Mohr, Hilary)

Dated: 3/19/18

United States Trustee