Entered on Docket October 8, 2019

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | NO. 18-10441 |
| THOMAS RAOUL WILLIAMSON and JUDITH AYA WILLIAMSON, | ORDER GRANTING DEBTORS' MOTION TO COMPEL ABANDONMENT OF RESIDENTIAL REAL PROPERTY |
| Debtors. | (6506 38th Ave. SW, Seattle) |

THIS MATTER came on regularly before this Court upon the Debtors' Motion to Compel Abandonment of Residential Real Property (the "Motion"). The Court having considered the Motion, and the Court finding that notice of the Motion has been duly and properly issued, that no party in interest has responded, and that the property described is of inconsequential value and benefit to the Estate, now, therefore, IT IS HEREBY

ORDERED that the Motion is granted in all respects. Upon entry of this Order the following property shall be deemed abandoned and shall no longer be property of the bankruptcy estate: The residential real property located at 6506 38th Ave. SW, Seattle, Washington.

/// **End of Order** ///

ORDER - Page 1 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Presented by:

WENOKUR RIORDAN PLLC

*/s/ Alan J. Wenokur*
_____
Alan J. Wenokur, WSBA #13679
Attorney for Debtors

ORDER - Page 2 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 18-10441-TWD    Doc 71    Filed 10/08/19    Ent. 10/08/19 11:46:42    Pg. 2 of 2