Entered on Docket May 18, 2020

**Below is the Order of the Court.**

_Timothy W. Dore_
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

TIMOTHY W. DORE                                                           Chapter 7
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

Thomas Raoul Williamson and
Judith Aya Williamson,

Debtor.

Case No. 18-10441-TWD

**ORDER GRANTING MOTION FOR CONTEMPT**

THIS MATTER came before the Court on the Debtors' motion seeking the imposition of civil contempt sanctions for violations of the discharge injunction under 11 U.S.C. § 524(a)(2) [Docket No. 73] ("Motion"). The Court has reviewed and considered the Motion, all evidence submitted in support of and in opposition to the Motion, the records and files in this case, and the oral argument at the May 15, 2020 hearing on the Motion. At the conclusion of the hearing on the Motion, the Court gave an oral

ORDER GRANTING MOTION FOR CONTEMPT - 1

ruling, which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

Now, therefore, it is hereby ORDERED that:

1. Grasman-Montgomery Enterprises, Inc. is in contempt of the Court's order granting the Debtors a discharge [Docket No. 41].

2. The Court will hold a hearing on the issue of damages for that contempt on July 10, 2020 at 9:30 a.m. By June 5, 2020, the Debtors must file a brief containing their specific damage claim with supporting evidence. By June 26, 2020, Grasman-Montgomery Enterprises, Inc. must file their response.

/// End of Order ///